BRINEN & ASSOCIATES, LLC
Joshua D. Brinen
90 Broad Street, Second Floor
New York, New York 10004
(212) 330-8151 (Telephone)
(212) 227-0201 (Fax)
jbrinen@brinenlaw.com
Attorneys for Defendant William J. Delgado

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ADRIAN LOPEZ, Derivatively and on behalf of GLOBAL DIGITAL SOLUTIONS, INC., | : SUPERIOR COURT OF NEW JERSEY<br>: CHANCERY DIVISION<br>: MERCER COUNTY |
| Plaintiff, | : GENERAL EQUITY PART |
| v. | Docket No.: C-70-16 |
| WILLIAM J. DELGADO, RICHARD J. SULLIVAN, DAVID A. LOPPERT, JEROME J. GOMOLSKI, STEPHANIE C. SULLIVAN, ARTHUR F. NOTERMAN, AND STEPHEN L. NORRIS, | **NOTICE OF FILING**<br>**THE NOTICE OF REMOVAL** |
| Defendants, | |
| and | |
| GLOBAL DIGITAL SOLUTIONS, INC., | |
| Nominal Defendant. | |

DEFENDANT WILLIAM J. DELGADO, by and through his undersigned counsel, hereby notifies the Court and all counsel of record that a Notice of Removal of this action from the Superior Court of New Jersey, Mercer County, to the United States District Court for the District of New Jersey, a copy of which is attached hereto, was filed by Delgado on May 16, 2017 in the United States District Court for the District of New Jersey.

Dated:      New York, New York
            May 15, 2017

1

Respectfully submitted,

/s/ Joshua D. Brinen
Joshua D. Brinen
Brinen & Associates, LLC
90 Broad Street, Second Floor
New York, New York 10004
(212) 330-8151 (Telephone)
(212) 227-0201 (Fax)
jbrinen@brinenlaw.com
Attorneys for Defendant
William J. Delgado