UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ADRIAN LOPEZ, Derivatively and on behalf of GLOBAL DIGITAL SOLUTIONS, INC.<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM J. DELGADO, RICHARD J. SULLIVAN, DAVID A. LOPPERT, JEROME J. GOMOLSKI, STEPHANIE C. SULLIVAN, ARTHUR F. NOTERMAN, AND STEPHEN L. NORRIS,<br><br>Defendants,<br><br>and<br><br>GLOBAL DIGITAL SOLUTIONS, INC.,<br><br>Nominal Defendant. | Case No. 3:17-cv-03468-PGS-LHG<br><br>Hon. Peter G. Sheridan<br>Hon. Lois H. Goodman<br><br>**<u>NOTICE OF MOTION TO REMAND</u>** |

TO:   BRINEN & ASSOCIATES, LLC
      Joshua D. Brinen
      90 Broad Street, Second Floor
      New York, NY 10004

      BRUCE E. REINHART, P.A.
      Bruce E. Reinhart
      250 S. Australian Avenue, Suite 1400
      West Palm Beach, Florida 33401

**PLEASE TAKE NOTICE** that, on July 17, 2017, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel for Plaintiff Adrian Lopez will move this Court, before the Honorable Peter G. Sheridan, United States District Judge for the District of New Jersey, Clarkson S. Fisher Building and United States Courthouse, 402 East State Street, Trenton, New Jersey, for the entry of an Order remanding this action to the Superior Court of

New Jersey, Chancery Division, Mercer County, the court from which the above-captioned action was unduly removed and requesting that the Court take no action on Defendant William J. Delgado's and David A. Loppert's motions to dismiss for lack of personal jurisdiction.

**PLEASE TAKE FURTHER NOTICE** that, in support of the motion, the undersigned will rely on the Memorandum of Law and Declaration of Timothy W. Brown and Exhibit A thereto, annexed hereto.

**PLEASE TAKE STILL FURTHER NOTICE** that a proposed Order is annexed hereto.

Dated: June 14, 2017

Respectfully submitted,

**PAWAR LAW GROUP P.C.**

Vik Pawar, Esq.
6 South Street, Suite 201
Morristown, New Jersey 07960
Telephone: (212) 571-0805
Facsimile: (212) 571-0938
Email: vikrantpawaresq@gmail.com

**THE BROWN LAW FIRM, P.C.**
Timothy W. Brown, Esq.
240 Townsend Square,
Oyster Bay, NY 11771
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on June 14, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF.

<i>/s/ Vik Pawar</i><br>
Vik Pawar