# PAWAR LAW GROUP P.C.

ATTORNEYS AT LAW

20 VESEY STREET SUITE 1210
NEW YORK NEW YORK 10007

**Robert Blossner**
**Vik Pawar**

TEL (212) 571 0805
FAX (212) 571 0938
www.pawarlaw.nyc

NEW JERSEY OFFICE:

6 SOUTH STREET, SUITE 201
MORRISTOWN, NEW JERSEY

June 14, 2017

**BY ECF**
The Honorable Peter G. Sheridan
United States District Judge
District of New Jersey

Re:   *Lopez v. Delagado, et al.*, 17CV3468 (PGS) (LHG)

Dear Judge Sheridan:

My office is local counsel for Mr. Timothy Brown, Esq., counsel for plaintiff in this action. Pending before the Court are defendants' joint motion to dismiss for lack of personal jurisdiction.

Today, plaintiff filed a Motion to Remand this action back to State Court. Since a decision on plaintiff's Motion to Remand would obviate the need for the Court to decide the motions to dismiss and to save valuable judicial resources, we respectfully request that the Court hold a decision on the motions to dismiss in abeyance pending a ruling on plaintiff's motion to remand.

Thank you.

Respectfully,

Vik Pawar (VP9101)
Timothy Brown, Esq.

Cc:   Defense counsel (by ECF)

1