# PAWAR LAW GROUP P.C.

### ATTORNEYS AT LAW

20 VESEY STREET SUITE 1210
NEW YORK NEW YORK 10007

**Robert Blossner**

**Vik Pawar**

TEL (212) 571 0805
FAX (212) 571 0938

www.pawarlaw.nyc

NEW JERSEY OFFICE:

6 SOUTH STREET, SUITE 201
MORRISTOWN, NEW JERSEY

July 24, 2017

**BY ECF**

The Honorable Peter G. Sheridan
United States District Judge
District of New Jersey

Re:    *Lopez v. Delagado, et al.,* 17CV3468 (PGS) (LHG)

*[Handwritten annotation: Motions shall be heard on Sept 18, 2017 at 11:00 am]*

Dear Judge Sheridan:

*[Handwritten: SO ORDERED: /s/ DATED: 7/24/17]*

        I am local counsel for Mr. Timothy Brown, Esq., counsel for plaintiff in this action. I write to respectfully request that the Court adjourn the motion hearing from August 7, 2017 to September 18, 2017.

        After we filed the motion seeking remand and the August 7, 2017, motion hearing date was set, I received a notice from the Southern District of New York requiring my presence for jury duty on August 7, 2017 at 500 Pearl Street, New York, New York. In addition, Magistrate Goodman has set down August 21, 2017 as the return date for Mr. Brown's application to appear *pro hac vice*. Insofar as I have a trial starting in mid-August, September 18, 2017 is the next available date for me. As such, I respectfully request that the motion be adjourned from August 7 to September 18, 2017.

        In the alternative, Your Honor can simply advance the return date for Mr. Brown's motion to appear *pro hac vice* and excuse my appearance for the August 7, 2017 conference as Mr. Brown would be making the arguments before Your Honor.

        I thank the Court for its consideration to this request.

Respectfully,

/s
Vik Pawar (VP9101)
Timothy Brown, Esq.

Cc:    Defense counsel (by ECF)

1