BRINEN & ASSOCIATES, LLC
Joshua D. Brinen
90 Broad Street, Second Floor
New York, New York 10004
(212) 330-8151 (Telephone)
(212) 227-0201 (Fax)
jbrinen@brinenlaw.com
Attorneys for Defendant William J. Delgado and
Nominal Defendant Global Digital Solutions, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| ADRIAN LOPEZ, Derivatively and on behalf of GLOBAL DIGITAL SOLUTIONS, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No.: 3:17-cv-03468-PGS-LHG |
| | : | |
| WILLIAM J. DELGADO, RICHARD J. SULLIVAN, DAVID A. LOPPERT, JEROME J. GOMOLSKI, STEPHANIE C. SULLIVAN, ARTHUR F. NOTERMAN, AND STEPHEN L. NORRIS, | : | Hon. Peter G. Sheridan |
| | : | Hon. Lois H. Goodman |
| | : | |
| | : | **RULE 7.1 CORPORATE** |
| | : | **DISCLOSURE STATEMENT** |
| Defendants, | : | |
| | : | |
| and | : | |
| | : | |
| GLOBAL DIGITAL SOLUTIONS, INC., | : | |
| | : | |
| Nominal Defendant. | : | |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned

counsel for Nominal Defendant Global Digital Solutions, Inc. (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party,

which are publicly held.

There are no entities to be reported by Global Digital Solutions, Inc.

1

Dated:      New York, New York
             September 29, 2017

                      Respectfully submitted,

                      /s/ Joshua D. Brinen
                      Joshua D. Brinen
                      Brinen & Associates, LLC
                      90 Broad Street, Second Floor
                      New York, New York 10004
                      (212) 330-8151 (Telephone)
                      (212) 227-0201 (Fax)
                      jbrinen@brinenlaw.com
                      Attorneys for Defendant William J. Delgado
                      and Nominal Defendant Global Digital
                      Solutions, Inc.

## CERTIFICATE OF SERVICE

    I hereby certify that on September 29, 2017, a true and correct copy of Nominal Defendant Global Digital Solutions' Rule 7.1 Disclosure Statement was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                      Respectfully submitted,

                      Joshua D. Brinen